UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States of America for the Use and Benefit of TURNKEY CONSTRUCTION SERVICE, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALACRAN CONTRACTING, LLC, an Illinois limited liability company, et al.,<br><br>Defendants. | No.  2:14-cv-0920 KJM CKD<br><br>**ORDER** |

The undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another district judge for any further proceedings that may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.  The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment

DATED: June 30, 2014.

_____
UNITED STATES DISTRICT JUDGE

1